IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01779-OES

ALPHONZO C. BUSH,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
(GOVERNOR) BILL OWENS, and
(DIRECTOR OF D.O.C.) JOE ORTIZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2005

GREGORY C. LANGHAM
CLERK

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On September 28, 2005, the court granted Plaintiff Alphonzo C. Bush leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Mr. Bush either to pay an initial partial filing fee of $16.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On October 13, 2005, Mr. Bush submitted a copy of his inmate trust fund account statement showing that the available balance in his account as of October 9, 2005, is $0.27. The financial affidavit previously filed by Mr. Bush reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until

the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Bush will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's September 28 order. The court will proceed to review complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Bush remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's September 28 order and reiterated below. Accordingly, it is

ORDERED that Mr. Bush may proceed in this action without payment of the initial partial filing fee designated in the court's September 28, 2005, order because he has shown cause why he has no assets and no means by which to pay an initial partial filing fee. Mr. Bush remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Bush shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Bush is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. It is

FURTHER ORDERED that if Mr. Bush fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this 19 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01779-OES

Alphonzo C. Bush
Prisoner No. 89301
ACDF
P.O. Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/19/05

GREGORY C. LANGHAM, CLERK

By: _Andrea_
Deputy Clerk